

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-20-00116-CR

Anton Jamail **HARRIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3427
Honorable Frank J. Castro, Judge Presiding

# O R D E R

　　Accordingly, it is ORDERED that appellant show cause in writing **within ten (10) days** of the date of this order that either: (1) the $205.00 filing fee has been paid and the docketing statement has been filed; or (2) appellant is entitled to appeal without paying the filing fee. *See* TEX. R. APP. P. 20.1. If appellant fails to respond within the time provided, the appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

_____
Irene Rios, Justice

　　IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court